IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO HUDSON,

    Petitioner,                    No. CIV S-08-1302-MCE-GGH P

    vs.

JAMES A. YATES,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an opposition to the motion to dismiss (Docket #13), which will be granted. Petitioner has also requested that he be provided a copy of the documents lodged by respondent in support of the motion to dismiss. However, the court's review of the lodged documents indicates that they are documents which petitioner should already have in his possession as part of the record of his case, i.e., the abstract of judgment of his Amador County conviction, petitioner's own state court habeas petition filings and the denial orders as to those petitions, and this request will be denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 4, 2008 (Docket #17) request for an extension of time is granted;

\\\\\

2. Petitioner is granted thirty days from the date of this order in which to file his opposition; and

3. Petitioner's August 4, 2008 request (# 16) a copy of respondent's lodged documents is denied.

DATED: 09/09/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
huds1302.111