IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO HUDSON,

    Petitioner,               No. CIV S-08-1302-MCE-GGH P

    vs.

JAMES A. YATES, Warden,

    Respondent.           ORDER

_____/

      Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

      The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

      IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

Dated: October 7, 2008

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

1
2
3          I am the magistrate judge currently assigned to this case.  I accept reference of this
4    case for all further proceedings, including trial and entry of final judgment, by myself or such
5    other magistrate judge as may be assigned.
6          IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
7    Honorable Gregory G. Hollows.  HENCEFORTH, THE CAPTION ON DOCUMENTS FILED
8    IN THE REASSIGNED CASE SHALL BE SHOWN AS No. CIV S-08-1302 GGH P.

DATED: 10/01/08

                                                    /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE